11141

STATE v. COLLINS

(116 S. E., 926)

HUSBAND AND WIFE.—Where wife took the children and left the home provided by the husband, a conviction for non-support will not stand.

Before McIVER, J., York, 1921. Reversed.

A. E. Collins indicted for non-support of his wife and children and upon conviction appeals.

32—S. C.—123

The testimony briefly stated was to the effect that Mrs. Collins was in ill health; that while her husband was at work she took the children and went to her people. Collins then went to his mother's home. They had been separated about two years.

*Messrs. Wilson & Wilson,* for appellant, cite. *Case similar to* 114 S. C., 191; 99 S. E., 813; 111 S. C., 496.

*Messrs. J. K. Henry, Solicitor,* and *Thos. F. McDow,* for the State.

February 13, 1923.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

Appeal by defendant from conviction under an indictment charging him with a violation of Section 697 of the Criminal Code, non-support of his wife and children. The sole ground of appeal is the refusal of the Circuit Judge to direct a verdict for the defendant. It will serve no useful purpose to review the testimony in the case. It is sufficient to say that a careful consideration of it leads us to the conclusion that the appeal is controlled by the cases of *State v. Scurry,* 114 S. C., 191; 103 S. E., 527, and *State v. Tucker* (S. C.), 110 S. E., 398, and that the motion should have been granted. The judgment of this Court is that the judgment of the Circuit Court be reversed, and that the case be remanded to that Court, with instructions to direct a verdict for the defendant under Rule 27 (90 S. E., xii).